**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6160**

MIKEAL STINE; JEREMY PINSON,

             Plaintiffs – Appellants,

        and

ANDREW HOBBS; JERRY BROWN,

             Plaintiffs,

        v.

JOHN DOE, Special Investigative Agent - FCC Butner; FEDERAL
BUREAU OF PRISONS,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
Chief District Judge.  (5:13-ct-03279-D)

Submitted: April 24, 2014        Decided:  April 29, 2014

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Mikeal Stine, Jeremy Pinson, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mikeal Stine and Jeremy Pinson appeal the district court's order dismissing under 28 U.S.C. § 1915(g) (2012) their complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Stine v. Doe, No. 5:13-ct-03279-D (E.D.N.C. Jan. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED